# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)     **05-439M**<br>)<br>CHRISTOPHER JAMES WITHAM, )<br>)<br>Defendant. )     **ORDER DENYING MOTION**<br>               **for RECONSIDERATION** | |

Having reviewed and considered the Government's Motion to Reconsider Order Granting Motion for Temporary Release from Detention, the affidavits of Ms. Otake and Mr. Williams (dkt #16), the Emergency, Unopposed Motion for Temporary Release (dkt #15), the Order Granting Temporary Release (dkt #16), as well as the Detention Order (dkt #9), and the entire case file,

The government's motion to reconsider is hereby DENIED.

The Clerk is directed to forward copies of this order to counsel of record.

Dated this 17th day of November, 2005

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge

**ORDER DENYING MOTION FOR RECONSIDERATION**