JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-102 MJP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION TO CONTINUE |
| vs. | ) | TRIAL DATE AND EXTEND TIME FOR |
| | ) | PRETRIAL MOTIONS |
| CHRISTOPHER JAMES WITHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.     The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.     The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from May 22, 2006, to July 31, 2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Christopher Witham*;  #06-102MJP)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS FURTHER ORDERED pretrial motions are due July 10, 2006.

2   IT IS FURTHER ORDERED that the period of time from the current trial date of May

3   22, 2006, up to and including the new proposed trial date of July 31, 2006, shall be excludable

4   time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

5   DONE this 11th day of May, 2006.

6

7

8                                    */s/Marsha J. Pechman*
                                     THE HONORABLE MARSHA J. PECHMAN
9                                    UNITED STATES DISTRICT JUDGE

10

11   Presented by:

12
     s/   Jennifer E. Wellman
13   WSBA #  29193
     Attorney for Christopher James Witham
14   Federal Public Defender's Office
     1601 Fifth Avenue, Suite 700
15   Seattle, WA    98101
     Phone:    (206) 553-1100
16   Fax:      (206) 553-0120
     jennifer_wellman@fd.org
17
     s/   Jill Otake
18   Assistant United States Attorney
     *Telephonic  Approval*
19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Christopher Witham;  #06-102MJP*)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**