JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-102 MJP |
| Plaintiff, | ) ) ) | ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | |
| CHRISTOPHER JAMES WITHAM, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the second stipulated motion of the parties to continue the trial date, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that the continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from July 31, 2006, to September 25, 2006.

(PROPOSED) ORDER GRANTING 2ND STIPULATED
MOTION TO CONTINUE TRIAL DATE
(*Christopher Witham;* #06-102MJP)         1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of time from the current trial date of July 31, 2006, up to and including the new proposed trial date of September 25, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 18th day of July, 2006.

*/S/Marsha J. Pechman*
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/   Jennifer E. Wellman
WSBA #  29193
Attorney for Christopher James Witham
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:   (206) 553-0120
jennifer_wellman@fd.org

s/   Jill Otake
Assistant United States Attorney
*E-Mail  Approval*

(PROPOSED) ORDER GRANTING 2ND STIPULATED
MOTION TO CONTINUE TRIAL DATE
(*Christopher Witham;* #06-102MJP)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**